STATE v. ALEXANDER

No. 230P98

Case below: 129 N.C.App. 648

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE v. ALLEN

No. 248P98

Case below: 126 N.C.App. 221

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 October 1998.

STATE v. BOGGS

No. 364P98

Case below: 130 N.C.App. 341

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE v. BOJORQUEZ

No. 326P98

Case below: 130 N.C.App. 151

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.  Justice Wynn recused.

STATE v. BRICKHOUSE

No. 240P98

Case below: 129 N.C.App. 644

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 8 October 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.